B1 (Official Form 1 (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fresh & Easy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Y-Opco, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**46-3848906** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if<br>more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**20101 Hamilton Avenue, Suite 350<br>Torrance, CA 90502**<br><div align=right>ZIP CODE</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><div align=right>ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP CODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above).<div align=right>ZIP CODE</div> | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above<br>entities, check this box and state type of entity<br>below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**Retail** | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☒ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>               Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding or against debtor is pending | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code) | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11<br>U.S.C. § 101(8) as "incurred by an individual<br>primarily for a personal, family, or household<br>purpose.<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on<br>4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. §1126(b) |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available<br>for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

54567/0001-12434775v1

B1 (Official Form 1 (04/13) 

<div align="right">Page 2</div>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Fresh & Easy, LLC |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed: **SEE ATTACHED SCHEDULE 1** | | |
| Location | Case Number: | Date Filed: |
| Where Filed: | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____<br>    (Name of landlord that obtained judgment)

    _____<br>    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)                                                         Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s)** Fresh & Easy, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

X _____
    (Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
    Signature of Attorney for Debtor(s)

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
David W. Giattino (No. 5614)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Date: October 30, 2015

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*Peter McPhee*_____
    Signature of Authorized Individual

Peter McPhee
Chief Financial Officer
Date: October 30, 2015

Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

SCHEDULE 1

On September 30, 2013, Fresh & Easy Neighborhood Market Inc. and Fresh & Easy Property Company LLC commenced voluntary cases (Case Nos. 13-12569 (KJC) and 13-12570 (KJC)) under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532, in the United States Bankruptcy Court for the District of Delaware.  The cases were procedurally consolidated and jointly administered, and the lead case was Case No. 13-12569 (KJC).  The Debtor's assets were acquired in a sale in these previous bankruptcy cases.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRESH & EASY, LLC,[1] | : | Case No. 15-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

## LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

Fresh & Easy, LLC, the above-captioned debtor and debtor in possession (the "Debtor")

has commenced a voluntary case under Chapter 11 of Title 11 of the United States Code,

11 U.S.C. §§ 101 – 1532, by filing a petition with this Court. Following is a list of creditors

holding the 30 largest unsecured claims. The list, which is prepared in accordance with

FED. R. BANKR. P. 1007(d), does not include

    1.    persons who come within the definition of "insider" set forth in
            Section 101(31) of the Bankruptcy Code or

    2.    secured creditors unless the value of the collateral is such that
            the unsecured deficiency places the creditor among the holders of
            the 30 largest unsecured claims.

The information herein is not an admission of liability. Nothing herein, including the failure

to list any claim as contingent, unliquidated, or disputed, binds the Debtor or its estate or waives

the Debtor's right to contest the validity, amount, or priority of any claim.

---

[1]    The last four digits of the Debtor's federal taxpayer identification number are 8906, and
the Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, California 90502.

54567/0001-12435362v1

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 1 | DPI West 601 Rockefeller Avenue Ontario, California 91761 | Daniel Mercado (818) 896-1101 Ext. 263 danielmercado@pmcglobalinc.com DPI West 601 Rockefeller Avenue Ontario, California 91761 | Trade Debt | | $1,858,071.92 |
| 2 | United Natural Food West Inc. P.O. Box 742930 Los Angeles, California 90074-2930 | Payments Department (800) 679-8735 Ext. 53450 payments_unfiw@unfi.com United Natural Food West Inc. P.O. Box 742930 Los Angeles, California 90074-2930 | Trade Debt | | $1,797,900.55 |
| 3 | Ignited LLC 2221 Park Place El Segundo, California 90245 | W. Stephenson wstephenson@ignitedusa.com Ignited LLC 2221 Park Place El Segundo, California 90245 | Trade Debt | | $1,429,838.32 |
| 4 | Prologis USLV-Exchange 14800 Meridian Parkway LLC 2817 East Cedar Street, Suite 200 Ontario, California 91761 | K. Osborne kosborne@prologis.com Prologis USLV-Exchange 14800 Meridian Parkway LLC 2817 East Cedar Street, Suite 200 Ontario, California 91761 | Lease | | $1,303,767.34 |
| 5 | Hidden Villa Ranch 310 North Harbor Boulevard Fullerton, California 92832 | Richard Schmidt (800) 326-3220 rschmidt@hiddenvilla.com Hidden Villa Ranch 310 North Harbor Boulevard Fullerton, California 92832 | Trade Debt | | $909,006.48 |
| 6 | Snak King Corp. 16150 East Stephens Street Industry, California 91745 | Bob Hallden (626) 336-7711 bhallen@snakking.com Snak King Corp. 16150 East Stephens Street Industry, California 91745 | Trade Debt | | $842,459.24 |
| 7 | Niagara Bottling, LLC 2560 East Philadelphia Avenue Ontario, California 91761 | Misty (909) 230-5034 misty@niagarawater.com Niagara Bottling, LLC 2560 East Philadelphia Avenue Ontario, California 91761 | Trade Debt | | $721,357.33 |

---

[2]    The Debtor reserves its rights to object to any claim on this list on any basis.

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 8 | Coca Cola 1334 South Central Avenue Los Angeles, California 90021 | Robert Macias (213) 744-8316 romacias@na.cokecce.com Coca Cola 1334 South Central Avenue Los Angeles, California 90021 | Trade Debt | | $718,395.18 |
| 9 | JBS USA, LLC 1770 Promontory Circle Greeley, Colorado 80634 | Alicia Cameron (970) 506-7556 alicia.cameron@jbssa.com JBS USA, LLC 1770 Promontory Circle Greeley, Colorado 80634 | Trade Debt | | $544,647.60 |
| 10 | Andrew Williamson Fresh Produce 9940 Marconi Drive San Diego, California 92154 | Mark Munger (831) 763-4630 markmunger@yahoo.com Andrew Williamson Fresh Produce 9940 Marconi Drive San Diego, California 92154 | Trade Debt | | $400,975.77 |
| 11 | Frito Lay 740 Oro-Chico Highway Durham, California 95938 | Wykita Toombs (530) 895-5410 wykita.toombs@fritolay.com Frito Lay 740 Oro-Chico Highway Durham, California 95938 | Trade Debt | | $400,692.62 |
| 12 | Santa Monica Seafood Company 18531 South Broadwick Street Rancho Dominguez, California 90220 | Michael Cigliano (310) 886-7950 michael@smseafood.com Santa Monica Seafood Company 18531 South Broadwick Street Rancho Dominguez, California 90220 | Trade Debt | | $400,570.81 |
| 13 | Unified Grocers, Inc. 15015 Valley View Avenue Santa Fe Springs, California 90670 | Tim Myers (800) 679-8735 Ext. 53450 payments_unfiw@unfi.com Unified Grocers, Inc. 15015 Valley View Avenue Santa Fe Springs, California 90670 | Trade Debt | | $373,724.40 |
| 14 | Ryder Integrated Logistics, Inc. 11690 NW 105th Street Miami, Florida 33178-1103 | Marlene Ortiz (305) 500-5892 marlene.ortiz@ryder.com Ryder Integrated Logistics, Inc. 11690 NW 105th Street Miami, Florida 33178-1103 | Trade Debt | | $369,773.37 |

3

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 15 | Pak West Paper and Packaging 4042 West Garry Avenue Santa Ana, California 92704 | Ryan M. ryanm@pakwest.com Pak West Paper and Packaging 4042 West Garry Avenue Santa Ana, California 92704 | Trade Debt | | $328,911.83 |
| 16 | AMC Direct Inc. d/b/a AMC Fazio 2500 South Fowler Avenue Fresno, California 93725 | Paige Parsley (559) 486-3030 cwilliamson@faziomarketing.com AMC Direct Inc. d/b/a AMC Fazio 2500 South Fowler Avenue Fresno, California 93725 | Trade Debt | | $328,579.93 |
| 17 | Overhill Farms, Inc. 2727 East Vernon Avenue Vernon, California 90058 | Aleen DeVore (323) 582-9977 Overhill Farms, Inc. 2727 East Vernon Avenue Vernon, California 90058 | Trade Debt | | $327,243.70 |
| 18 | Two Chefs 18201 Central Avenue Carson, California 90746 | K. Yamamoto (310) 436-1628 kyamamoto@twochefsonaroll.com Two Chefs 18201 Central Avenue Carson, California 90746 | Trade Debt | | $326,338.00 |
| 19 | Stremicks Heritage Foods, LLC 997 North Airport Road Cedar City, Utah 84721-8408 | J. Haberkorn (435) 586-6577 jhaberkorn@@wqfoods.com Stremicks Heritage Foods, LLC 997 North Airport Road Cedar City, Utah 84721-8408 | Trade Debt | | $325,337.75 |
| 20 | C.H. Robinson P.O. Box 9121 Minneapolis, Minnesota 55480-9121 | Coy Williams (831) 333-5886 coy.williams@chrobinson.com C.H. Robinson P.O. Box 9121 Minneapolis, Minnesota 55480-9121 | Trade Debt | | $300,865.24 |
| 21 | Fuji Food Product, Inc. 14420 Bloomfield Avenue Santa Fe Springs, California 90670 | Tracey Schram (562) 404-2590 Ext. 140 tracey.schram@fujifood.com Fuji Food Product, Inc. 14420 Bloomfield Avenue Santa Fe Springs, California 90670 | Trade Debt | | $267,209.35 |

4

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 22 | C & F Foods, Inc.<br>15620 East Valley Boulevard<br>Industry, California 91744 | J. Ramirez<br>(972) 709-1000<br>jramirez@cnf-foods.com<br>C & F Foods, Inc.<br>15620 East Valley Boulevard<br>Industry, California 91744 | Trade Debt | | $265,378.31 |
| 23 | Bunzl Distribution California, LLC<br>3310 East Miraloma Avenue<br>Anaheim, California 92806 | Joe Weant<br>(714) 688-1900<br>joe.weant@bunzlusa.com<br>Bunzl Distribution California, LLC<br>3310 East Miraloma Avenue<br>Anaheim, California 92806 | Trade Debt | | $262,048.99 |
| 24 | Foster Farms Dairy<br>529 Kansas Avenue<br>Modesto, California 95351 | L. Diggory<br>(209) 576-2321<br>ldiggory@ffdairy.com<br>Foster Farms Dairy<br>529 Kansas Avenue<br>Modesto, California 95351 | Trade Debt | | $262,017.87 |
| 25 | Youngs Market Co. CA<br>500 South Central Avenue<br>Los Angeles, California 90013 | T. Ammons<br>(213) 612-1223<br>tammons@youngsmarket.com<br>Youngs Market Co. CA<br>500 South Central Avenue<br>Los Angeles, California 90013 | Trade Debt | | $246,496.69 |
| 26 | National Steak & Poultry<br>301 East 5th Avenue<br>Owasso, Oklahoma 74055 | General Information<br>(918) 274-0046<br>info@nationalsteak.com<br>National Steak & Poultry<br>301 East 5th Avenue<br>Owasso, Oklahoma 74055 | Trade Debt | | $245,650.50 |
| 27 | Johanna Beverage Company<br>5625 West Thorpe Road<br>Spokane, Washington 99224 | R. Lilly<br>(908) 788-2267<br>rlilly@johannafoods.com<br>Johanna Beverage Company<br>5625 West Thorpe Road<br>Spokane, Washington 99224 | Trade Debt | | $245,585.80 |
| 28 | iTEK Services, Inc.<br>Dept LA 22650<br>Pasadena, CA 91185-2650 | Jean<br>(949) 770-4835 Ext. 229<br>jean@itekservice.com<br>iTEK Services, Inc.<br>Dept LA 22650<br>Pasadena, CA 91185-2650 | Trade Debt | | $233,183.57 |

54567/0001-12435362v1

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 29 | Elite Flower Services 1665 NW 102nd Avenue, Suite 101 Miami, Florida 33172 | L. Willett (949) 289-7575 lwillett@eliteflower.com Elite Flower Services 1665 NW 102nd Avenue, Suite 101 Miami, Florida 33172 | Trade Debt | | $215,871.40 |
| 30 | Clement Pappas & Co. Inc. One Collins Drive, Suite 200 Carneys Point, New Jersey 08069 | N. Kapral (952) 500-9628 nkapral@clementpapps.com Clement Pappas & Co. Inc. One Collins Drive, Suite 200 Carneys Point, New Jersey 08069 | Trade Debt | | $210,073.96 |

6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FRESH & EASY, LLC,[1] | : | Case No. 15-_____ (___) |
|  | : |  |
| Debtor. | : |  |

**DECLARATION OF PETER MCPHEE IN SUPPORT OF THE LIST OF
<u>CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS</u>**

I, Peter McPhee, the Chief Financial Officer of Fresh & Easy, LLC, declare under penalty
of perjury that

     1.     I have read the List of Creditors Holding the 30 Largest Unsecured Claims
(the "List") and

     2.     the List is true and correct to the best of my information and belief.

Executed on this 30th day of October, 2015

Peter McPhee
Chief Financial Officer
Fresh & Easy, LLC

---

[1]    The last four digits of the Debtor's federal taxpayer identification number are 8906, and
the Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, California 90502.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRESH & EASY, LLC,[1] | : | Case No. 15-_____ (___) |
| | : | |
| Debtor. | : | |
| | : | |

## CORPORATE OWNERSHIP STATEMENT

I, Peter McPhee, the Chief Financial Officer of Fresh & Easy, LLC, hereby state under

penalty of perjury that, to the best of my information and belief, YFE Holdings, Inc. owns,

directly or indirectly, 100% of the outstanding equity interests in Fresh & Easy, LLC.

Executed on this 30th day of October, 2015

Peter McPhee
Chief Financial Officer
Fresh & Easy, LLC

---

[1]    The last four digits of the Debtor's federal taxpayer identification number are 8906, and
the Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, California 90502.

**FRESH & EASY, LLC**

Secretary's Certificate

October 29, 2015

The undersigned, Catherine Schneider, hereby certifies that she is the duly appointed and acting Secretary of Fresh & Easy, LLC, a Delaware limited liability company (the "Company"), that as such she is authorized to execute this certificate on behalf of the Company, and does hereby further certify as follows:

Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions adopted by the Independent Managers of the Company appointed under Section 5.1.9 of the Amended and Restated Limited Liability Company Agreement of Fresh & Easy, LLC, as last amended effective as of July 8, 2015, at a meeting of the Independent Managers held on October 29, 2015. The resolutions attached hereto as Exhibit A have been duly adopted by the Independent Managers, have not been amended or modified, and are in full force and effect in the form adopted.

IN WITNESS WHEREOF, I, in the capacity stated and not individually, have signed this Secretary's Certificate as of the date first written above.

By: _____

Name: Catherine Schneider
Title:   Secretary

01:17914813.1

# EXHIBIT A

WHEREAS, each of the Independent Managers (each such individual, an "Independent Manager," and together, the "Independent Committee") of Fresh & Easy, LLC, a Delaware limited liability company (the "Company") appointed under Section 5.1.9 of the Amended and Restated Limited Liability Company Agreement of Fresh & Easy, LLC, as last amended effective as of July 8, 2015 (the "LLC Agreement"), have evaluated the Company's strategic alternatives in connection with a possible restructuring or liquidation of the Company, and have determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), is in the best interests of the Company and its stakeholders; and

WHEREAS, the Independent Committee now wishes to adopt and approve the following resolutions in furtherance of the foregoing transactions.

NOW THEREFORE, BE IT:

RESOLVED, that the Independent Committee has determined that it is in the best interests of the Company, its creditors, and all other interested parties that the Company seek relief under the Bankruptcy Code;

RESOLVED, that the Independent Committee has determined that it is in the best interests of the Company, its creditors, and all other interested parties that Mr. Amir Agam of FTI Consulting, Inc. ("FTI") be, and he hereby is, appointed as Chief Restructuring Officer of the Company (the "CRO"), effective as of the date set forth in the Company's engagement letter with FTI providing for the appointment of Mr. Agam as the CRO (the "FTI Engagement Letter"), with all rights, powers, and privileges attendant to appointment as an executive officer of the Company (including provision of the indemnification terms as have been made available to any other officer of the Company), and such powers as necessary to perform the tasks specified in the FTI Engagement Letter, including the supervision of additional personnel as set forth therein;

RESOLVED, that the CRO or any other officer of the Company be, and hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effectuate the purpose and intent of the foregoing;

RESOLVED, that the CRO or any other officer of the Company be, and hereby is, authorized and directed, in the name and on behalf of the Company, to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as the CRO or other officer of the Company deems necessary, desirable, or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to

be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver, and verify any and all other documents necessary, desirable, or appropriate in connection therewith and to administer the Company's Chapter 11 Case in such form or forms as the CRO or other officer of the Company may deem necessary or advisable and in order to effectuate the purpose and intent of the foregoing resolutions; and (d) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, or brokers as the CRO or other officer of the Company deems necessary, desirable, or appropriate to accomplish the purposes of these resolutions; that the CRO or other officer of the Company's authority to act under these resolutions shall be conclusively evidenced by the CRO or other officer of the Company's so acting; and that any and all such actions heretofore taken on behalf of the Company in such respects contemplated thereby are hereby ratified, approved, and confirmed as the acts and deeds of the Company;

RESOLVED, that the CRO or any other officer of the Company shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of, and take such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, guaranties, notices, and any and all other documents as the CRO or other officer of the Company may deem necessary or appropriate to facilitate the transactions contemplated by the resolutions contained herein, and as otherwise may be deemed necessary, desirable, or appropriate, and direct professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, or brokers, to effectuate the same;

RESOLVED, that the engagement by the Company of (a) Cole Schotz P.C. ("Cole Schotz") as general bankruptcy counsel, (b) Young Conaway Stargatt & Taylor, LLP ("YCST") as special counsel, (c) Epiq Bankruptcy Solutions, LLC ("Epiq") as claims, noticing and balloting agent, (d) DJM Realty Services, LLC and CBRE Group, Inc. or its affiliate to jointly serve as real estate consultants and (e) FTI as the provider of the CRO and other restructuring personnel are each hereby ratified, adopted, and approved in all respects;

RESOLVED, that without limiting the scope or authority provided by the other resolutions set forth herein, Cole Schotz shall be, and hereby is, authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 Case commenced by or against it under the Bankruptcy Code, and to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as the CRO or any other officer of the Company deems necessary, desirable, or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute, acknowledge, deliver, and verify any and all other documents necessary, desirable, or appropriate in connection therewith and to administer the Company's Chapter 11 Case in such form or forms as the CRO or any other officer of the Company may deem necessary or advisable and in order to effectuate the purpose and intent of the foregoing resolutions;

RESOLVED, that without limiting the scope or authority provided by the other resolutions set forth herein, the CRO or any other officer of the Company shall be, and hereby is, authorized and directed in the name of and on behalf of the Company to effectuate the terms of that certain Letter Agreement Governing Inventory Disposition by and among the Company and Hilco Merchant Resources, LLC (the "Hilco Agreement"), and to negotiate one or more purchase agreements for some, substantially all, or all of the assets of the Company not sold under the Hilco Agreement, with such purchase agreements subject to later approval by the Independent Committee and subject to approval of the Bankruptcy Court;

RESOLVED, that without limiting the scope or authority provided by the other resolutions set forth herein, the CRO or any other officer of the Company shall be, and hereby is, authorized in the name of and on behalf of the Company to negotiate, finalize and enter into a debtor-in-possession credit agreement with the Company as borrower, subject to approval of the Bankruptcy Court;

RESOLVED, that all acts lawfully done or actions lawfully taken prior to the date hereof by any officer of the Company (including the CRO) or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company as if such acts and deeds took place after the date of these resolutions; and

RESOLVED, that each Independent Manager and any proper officer of the Company hereby is authorized and directed to certify these resolutions, a certificate of incumbency, and such other documents or instruments that the Secretary of the Company may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification shall not be required for any document, instrument, or agreement to be valid and binding on the Company.