IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRESH & EASY, LLC,[1] | Case No. 15-12220 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
FIRST DAY HEARING ON NOVEMBER 5, 2015 AT 10:00 A.M. (ET)[2]**

**A.   PETITION & RELATED PLEADINGS:**

1. Voluntary Chapter 11 Petition of Fresh & Easy, LLC [D.I. 1] [Filed October 30, 2015]

2. Declaration of Amir Agam in Support of Chapter 11 Petition and First Day Motions [D.I. 10] [Filed November 3, 2015]

**B.   MATTERS GOING FORWARD:**

1. Debtor's Application for an Order, Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f), and Local Rule 2002-1(f), Appointing Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [D.I. 11] [Filed November 3, 2015]

2. Debtor's Motion for Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Setting a Final Hearing Related Thereto [D.I. 12] [Filed November 3, 2015]

---

[1]   The last four digits of the Debtor's federal taxpayer identification number are 8906.  The Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, CA 90502.

[2]   Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

3. Debtor's Motion for an Order (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Liability, Property, and Other Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (B) Continuation of Insurance Premium Financing Programs; and (II) Granting Related Relief [D.I. 13] [Filed November 3, 2015]

4. Debtor's Motion for an Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a) and 1108 of the Bankruptcy Code, Authorizing It to Pay Certain Prepetition Taxes and Fees and Related Obligations [D.I. 14] [Filed November 3, 2015]

5. Debtor's Motion for an Order, Pursuant to Sections 105(a), 363 and 507(a)(7) of the Bankruptcy Code and Bankruptcy Rule 2002(m), (I) Authorizing It to Honor Certain Prepetition Obligations to Its Customers; (II) Approving Manner of Notice to Customers; and (III) Granting Related Relief [D.I. 15] [Filed November 3, 2015]

6. Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), 507(a)(4) and 507(a)(5) of the Bankruptcy Code, (A) Authorizing (I) Payment of Prepetition Employee Wages, Salaries and Other Compensation, Including Certain Bonus Payments; (II) Reimbursement of Prepetition Employee Business Expenses; (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (IV) Payment of Workers' Compensation Obligations; (V) Payments for Which Prepetition Payroll Deductions Were Made; (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions; and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 16] [Filed November 3, 2015]

7. Debtor's Motion for an Order Under 11 U.S.C. §§ 105(A), 345, 363, 364, 1107 and 1108 and Local Rule 2015-2 (I) Authorizing Continued Use of Existing (A) Bank Accounts, (B) Cash Management System, and (C) Checks and Business Forms; (II) Waiving Investment and Deposit Requirements of 11 U.S.C. § 345(B) on an Interim Basis; and (III) Granting Related Relief [D.I. 17] [Filed November 3, 2015]

8. Motion of the Debtor for Interim and Final Orders (I) Authorizing Debtor in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Post-Petition Lenders Pursuant to 11 U.S.C. § 364; (III) Authorizing the Use of Cash Collateral and Providing Adequate Protection to Prepetition Credit Parties and Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) and Local Rule 4001-2 [D.I. 18] [Filed November 3, 2015]

54567/0001-12336661v1

9.     Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Continuation of Store Closing Sales in Accordance with the Disposition Agreement and Sale Guidelines, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances; (II) Authorizing the Assumption of the Disposition Agreement; and (III) Granting Related Relief [D.I. 19] [Filed November 3, 2015]

    a.     Notice of Filing of Supplement to Exhibit 1 to Proposed Order With Respect to Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing the Continuation of Store Closing Sales in Accordance with the Disposition Agreement and Sale Guidelines, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances; (II) Authorizing the Assumption of the Disposition Agreement; and (III) Granting Related Relief [D.I. 19] [Filed November 3, 2015]

Dated: November 3, 2015
       Wilmington, Delaware

                        COLE SCHOTZ P.C.

                        */s/ J. Kate Stickles*
                        Norman L. Pernick (No. 2290)
                        J. Kate Stickles (No. 2917)
                        Patrick J. Reilley (No. 4451)
                        David W. Giattino (No. 5614)
                        500 Delaware Avenue, Suite 1410
                        Wilmington, Delaware 19801

                        *Proposed Counsel to the Debtor*
                        *and Debtor in Possession*