IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| **FRESH & EASY, LLC,** *et al.*, | : | Case No. 15-12220 (CSS ) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of J. Eric Wise of Gibson, Dunn & Crutcher LLP to represent YFE Holdings, Inc., FEFOS LLC and Fresh Foods LLC in the above-captioned cases.

Dated:  November 4, 2015
        Wilmington, Delaware

Respectfully submitted,

/s/ John H. Knight
John H. Knight (DE No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: knight@rlf.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 13232004v.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

/s/ J. Eric Wise
J. Eric Wise
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
ewise@gibsondunn.com

RLF1 13232004v.1