**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 15-12220 (BLS)<br><br>Re: Docket Nos. 397, 442, 478 & 547 |

**NOTICE REGARDING DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION, ASSIGNMENT, AND TRANSFER OF THE DEBTOR'S INTERESTS IN CERTAIN REAL PROPERTY LEASES; (II) APPROVING THE TERMS OF THE PURCHASE AND SALE AGREEMENT; (III) APPROVING A BREAK-UP FEE FOR THE STALKING HORSE PURCHASER IN THE EVENT IT IS NOT THE SUCCESSFUL BIDDER; AND (IV) GRANTING RELATED RELIEF**

      **PLEASE TAKE NOTICE** that on December 23, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtors' Motion for an Order, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, (I) Authorizing the Assumption, Assignment and Transfer of the Debtor's Interests in Certain Real Property Leases; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving a Break-Up Fee for the Stalking Horse Purchaser in the Event it is Not the Successful Bidder; and (IV) Granting Related Relief* (the "Lease Sale Motion") [D.I. 397]. Pursuant to the Lease Sale Motion, the Debtor requested, *inter alia*, entry of an order (i) authorizing the assumption, assignment, and transfer of certain real property leases to CVS Pharmacy, Inc. ("CVS"), and (ii) approving the terms of the Purchase and Sale Agreement, dated December 23, 2015, between the Debtor and CVS. On January 6, 2016, Catalina-Talbot Properties, LLC ("Catalina"), filed an objection (the "Objection") [D.I. 442] to the Lease Sale Motion, objecting to the assumption and assignment of the Lease for Fresh & Easy, LLC, Store Number 1072 (the "Point Loma Lease") by the Debtor to CVS. Following the Objection, approval of the transfer of the Point Loma Lease was specifically excepted from the Order [D.I. 478] approving the balance of the Lease Sale Motion until a later disposition of the disputes relating to the Point Loma Lease, which disputes were scheduled for hearing on February 18, 2016 by the Court through that certain *Agreed Scheduling Order* entered at D.I. 547.

      **PLEASE TAKE FURTHER NOTICE** that CVS has elected to terminate its right to purchase the Point Loma Lease. Accordingly, the portion of the Lease Sale Motion relating to the Point Loma Lease is now moot. As such, the Agreed Scheduling Order is also moot and no further hearing will be held on the Lease Sale Motion.

---

[1]   The last four digits of the Debtor's federal taxpayer identification number are 8906. The Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, CA 90502.

|  |  |
|---|---|
| Dated: February 11, 2016<br>Wilmington, Delaware | COLE SCHOTZ P.C.<br><br>*/s/ David W. Giattino*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>David W. Giattino (No. 5614)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br><br>*Counsel to the Debtor*<br>*and Debtor in Possession* |