IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRESH & EASY, LLC,[1] | Case No. 15-12220 (BLS) |
| Debtor. | Related to Docket Nos. 1831, 1908 |

**NOTICE OF FILING OF CERTAIN PLAN SUPPLEMENT DOCUMENTS
WITH RESPECT TO THE COMBINED DISCLOSURE STATEMENT AND JOINT
CHAPTER 11 PLAN OF LIQUIDATION FOR FRESH & EASY, LLC**

**PLEASE TAKE NOTICE** that the debtor and debtor in possession in the above-captioned case (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtor, the "Plan Proponents") hereby file the documents comprising the Plan Supplement (all such documents, the "Plan Supplement Documents") for the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation for Fresh & Easy, LLC (as may be amended, supplemented or otherwise modified, including all exhibits thereto, the "Combined Plan and Disclosure Statement").

| | |
|---|---|
| Exhibit B | Liquidating Trust Agreement |
| Exhibit C | Retained Causes of Action |
| Exhibit D | Contracts and Leases to be Assumed[2] |

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8906. The Debtor's mailing address is Howard Hughes Center, 6080 Center Drive, 6th Floor, Los Angeles, CA 90045.

[2] Listing a contract or lease on Exhibit D shall not constitute an admission by the Debtor, Liquidating Trust, or Liquidating Trustee that such contract or lease is an executory contract or unexpired lease or that the Debtor, Liquidating Trust, or Liquidating Trustee has any liability thereunder.

The Plan Proponents reserve all of their rights with respect to each of the Plan Supplement Documents, including the right to amend or modify the Plan Supplement Documents through and including the Effective Date in accordance with the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Plan and Disclosure Statement and the Plan Supplement Documents may be examined by any party in interest: (i) between the hours of 8:00 a.m. and 4:00 p.m. (prevailing Eastern Time), Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (ii) at the Debtor's case website and downloaded free of charge (http://dm.epiq11.com/fre); (iii) at the Bankruptcy Court's website (http://www.deb.uscourts.gov) (a PACER account is required); or (iv) may be obtained by written request to Epiq Bankruptcy Solutions, LLC (the "Voting Agent"), at tabulation@epiqsystems.com (reference "Fresh & Easy" in the subject line) or by telephone at (646) 282-2500.

Dated: April 7, 2017

        COLE SCHOTZ P.C.

        */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        Katharina Earle (No. 6348)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117
        npernick@coleschotz.com
        kstickles@coleschotz.com
        preilley@coleschotz.com
        kearle@coleschotz.com

        Counsel for Debtor and Debtor in Possession