## EXHIBIT C

## Retained Causes Of Action

## RETAINED CAUSES OF ACTION

The Liquidating Trustee reserves his rights to pursue additional causes of action not explicitly cited herein.

    1.      Potential Avoidance Actions

This list of potential avoidance claims retained by the estate is comprised of vendor names as they appear in the Debtor's books and records, and is not intended to exclude potential avoidance action defendants based on inadvertent spelling errors, differences between trade names and legal identity, parent-subsidiary issues, or any other technical defects. Accordingly, this list is intended to include the identified transferee as well as any successors, assigns, affiliates, subsidiaries, representatives, agents, and parents, affiliates or related entity of a named transferee, as well as any variation in the transferee's identity or use of a trade name. It also includes the initial transferee of the transfers or any entity for whose benefit a transfer was made, and any immediate or mediate transferee of the initial transferee.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| 15630 Ventura Haskell Holdings, LLC | Butterball Farms, Inc. |
| 72AndSunny Partners | Califia Farms LLC |
| A Plus Homes, Inc. | California Dairies, Inc. |
| A&J Refrigeration | California's Department of Resources Recycling and Recovery dba CalRecycle |
| Advance Beverage Co., Inc. | Campbell Soup Company |
| Advance Capital, Inc. | Carl's Donuts, Inc. |
| Alliance Beverage Distributing Co., LLC dba Alliance Beverages | Cedarlane Natural Foods, Inc. |
| Allied Barton Security Service LLC | Centrescapes, Inc. |
| Alta-Dena Certified Dairy, LLC | Chelten House Products, Inc. |
| Amsted Residuals, LLC | Chocolat Frey AG |
| Amys Kitchen, Inc. | CitiStaff Solutions Inc. |
| Applied Industrial Technologies CA, LLC | City of Anaheim |
| Aptean, Inc. | City of Burbank |
| Aramark Uniform Services | City of Henderson |
| Arizona Wide Electric Inc. | City of Riverside |
| Arlington Square LP | Classic Distributing and Beverage Group, Inc. |
| Arthur Schuman West, LLC | Clay White & Associates, Inc. |
| Arthur Schuman, Inc. | Clougherty Packing, LLC dba Farm John Meats |
| Aryzta LLC dba Great Kitchens, Inc. | Coast Citrus Distributors dba Coast Tropical |
| AT & T, Inc. | Colgate-Palmolive Company |
| AT&T, Inc. dba AT&T WI FI Services | Commercial Facilities, Inc. and College/Oceanside Southwest, LLC |
| Bagnoli Original Organic Mozzarella S.R.I. | Commonwealth Dairy, LLC |
| Bake-N-Joy Foods, Inc. | ConAgra Foods, Inc. and any successors in interest |
| Bell-Carter Foods, Inc. | ConAgra Foods, Inc. dba Lovin' Oven, LLC and any successors in interest |
| Berber Food Manufacturing Inc. dba MI Rancho Tortilla Factory | Consolidated Electrical Distributors, Inc. |
| Bernstein-Rein Advertising, Inc. | Craft Beer Guild Distributing of California LLC |
| BFG Canada Ltd. | Crescent Crown Distributing, L.L.C. |
| Bimbo Bakeries USA, Inc. | Criterion Automation, Inc. |
| BioMerieux, Inc. | CSI-Environmental |
| Bridges Filter Service, Inc. | CytoSport, Inc. |
| Brierley & Partners, Inc. | |
| Busseto Foods, Inc. | |

| | |
|---|---|
| Czak Restaurant Corp. dba The Pizza Company | Garda CL West, Inc. |
| Daily Arcade, LLC | Gary Poppins LLC |
| Dancing Deer Baking Company LLC | General Mills, Inc. |
| DBI Beverage Inc. dba DBI Beverage Napa | Genmert, Inc. |
| DBI Beverage Inc. dba DBI Beverage San Francisco | George Amaral Ranches, Inc. |
| DFA Global Certifications, LLC | GFF, Inc. |
| Dial Corporation | Ghiradelli Chocolate Company |
| Divine Pasta Company | Ghossain & Truelock Enterprises, Inc. dba Custom Service Systems |
| Dolce Dolci, LLC | Gilster - Mary Lee Corporation |
| Dole Packaged Foods, LLC | Global Cash Card, Inc. |
| Donsuemor, Inc. | Global Force Security Inc. dba Global Force Protective Services Inc. |
| Dr. Bronner's Magic Soap 2014, Inc. | Gold Coast Baking Company, Inc. |
| E. & J. Gallo Winery dba Gallo Wine Company | Gothic Landscaping, Inc. |
| Ecolab USA Inc. dba Kay Chemical Company | Granite Telecommunications, LLC |
| Eggology, Inc. | Great Lakes Cheese Co., Inc. |
| Electronic Scrip Incorporated | Green Valley Shopping Center, Limited |
| Elite Flower Services, Inc. | Gruma Corporation dba Mission Foods |
| Environmental Contracting Corporation | Guayaki Sustainable Rainforest Products, Inc. |
| Ethanson Investments LLC | Haralambos Beverage Co. |
| Euro Classic Imports Inc. | Hartman and Associates, LLC |
| Evolution Fresh, Inc. | Harvest Meat Company, Inc. |
| Fal Foods USA Inc. dba Fal Foods Worldwide | Highlander Center, LLC |
| Fastenal Company dba Fastenal Indsutrial and Construction Supplies | Hinds Investments, L.P. |
| Ferrara Candy Company fdba Ferrara Pan Candy Co., Inc. | Hollandia Produce, L.P. |
| FGF Brands Inc. | Honeyville, Inc. dba Honeyville Foods |
| First Data Corporation dba ValueLink, LLC | Hormel Foods Sales, LLC |
| Flax4Life | Hyde & Hyde, Inc. |
| Forager Project | |
| Foster Poultry Farms | |
| Frito-Lay, Inc. | |
| Furst Enterprises Group B LLC | |
| Fusion Floral LLC | |

| | |
|---|---|
| Industry Public Utility Commission dba IPUC; and Enco Utility Services | Lassonde Pappas and Company, Inc. fdba Clement Pappas and Company, Inc. |
| Innovation Ventures, LLC | Los Angeles Department of Water and Power |
| Insight Direct USA, Inc. | Macquarie Countrywide-Regency II LLC |
| International Paper Company | Manzana Products Co., Inc. |
| Iris Partners, LLC | Markstein Beverage Co. dba Markstein Beverage San Marcos |
| Island Pacific Enterprises, Inc. | Marquez Brothers International, Inc. |
| Itek Services Inc | Mars Petcare US Inc. |
| ITO EN (North America) Inc. | Mary Bartsas 15, LLC |
| J & J Processing, Inc. dba Custom Foods | Massimo Zanetti Beverage USA, Inc. |
| Jayone Foods, Inc. | Maverick Brands, LLC |
| JBS USA LLC | McMillan Water Treatment, Inc. |
| Jennie-O Turkey Store, Inc. | Me Gusta Gourmet Foods, Inc. |
| Johanna Beverage Company LLC | Mead Johnson Nutrition Company |
| John Timothy Scott | Mericle Mechanical, Inc. |
| Johnson & Johnson | Merrill Communications LLC |
| Jones Lang LaSalle Americas, Inc. | Miller's Bakery, Inc.. |
| JYC Enterprise, Inc. | Minsley, Inc. |
| K-C Maintenance, Inc. | Mission Beverage Co. |
| Kellogg Sales Company dba Kellogg Snacks | Mizkan America, Inc. |
| Kimberly-Clark Corporation | Monument Security, Inc. |
| KLUC-FM | Moreno Valley Utility |
| KMXB-FM | Morrow-Meadows Corporation |
| KPLV-FM | Nardella & Taylor, LLP |
| KSNE-FM | National Steak Processors, LLC dba National Steak and Poultry |
| KM Packaging Services Ltd. | Nature's Bounty, Inc. |
| KOR Company, Inc. dba KOR Fire & Security, Inc. | NCR Corporation |
| Koros Family Investments LLC dba Angelo Koroa and Parry Koros TTEES of Koros Trust | NCR Corporation dba Retalix |
| Kraft Heinz Foods Company fdba Kraft Foods Global Inc. | Nestle Purina Petcare Company |
| Kraft Heinz Foods Company fdba Kraft Foods Group, Inc. | Nestle USA, Inc. |
| La Alameda, LLC | |
| La Aloe, LLC | |
| Lakeview Farms, LLC | |
| Las Vegas Valley Water District | |

4

| | |
|---|---|
| Nestle USA, Inc. dba Nestle DSD Company | Pro Source Employment Services, Inc.; and Prosperity Funding, Inc. |
| Nestle USA, Inc. dba Nestle USA Chl Bev | Pulmuone Foods USA, Inc. |
| Nestle USA, Inc. dba Nestle USA RCD | Quaker Sales & Distribution, Inc. |
| Nestle Waters North America Inc. | Quaker Sales & Distribution, Inc. dba Tropicana Chilled DSD |
| NeXstep Beverages, LLC | Quality International Consulting, LLC |
| Noble Americas Energy Solution | R. Faerch Plast A/S |
| North American Food Group Ltd. | Ralcorp Frozen Bakery Products, Inc. |
| Nuckles Oil Company, Inc. dba Merit Oil Company | Raymond Handling Solutions, Inc. |
| NV Energy, Inc. | RD America, LLC |
| OfficeMax Incorporated | Reddy Ice Corporation |
| On Assignment, Inc. dba Lab Support | Republic Services, Inc. dba Republic Services of NV |
| Orange Bakery, Inc. | Revolution Foods, Inc. |
| Orange County Modular Installation LLC | Reynolds Presto Products Inc. |
| Overhill Farms, Inc. | Richgrove Packers dba Richgrove Company |
| Overseas Food Trading Ltd. | Riviana Foods Inc. |
| P G & E | Robert Half International Inc. dba Office Team |
| P&P International, Inc. | Rogers Family Company, Inc. |
| Pacific American Fish Co., Inc. | Romero's Food Products, Incorporated |
| Pacific Foods of Oregon, Inc. | Royal Paper Converting, Inc. |
| Pacific Resources International, Inc. | RSVC Company dba Reliable Services Company |
| Packaging Automation Limited | Ruiz Foods Exports, Inc. |
| PepsiCo, Inc. dba Pepsi Cola | S. C. Johnson & Son, Inc. |
| Pfizer Inc. dba Wyeth LLC | S.A.L.T. Payroll Consultants, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Saag's Products, LLC |
| Plumrose USA, Inc. | Sagent Advisors |
| PMC Refrigeration & Electrical Contracting Corporation | Salvador S. Sanchez 2008 Trust |
| Polymer Logistics, Inc. dba Polymer Logistics United States | San Diego Personnel & Employment Agency, Inc. dba Good People Employment Services |
| Ponder LLC | Santa Monica Seafood Company |
| Potandon Produce L.L.C. | Savory Creations International |
| Premier Plumbing Maintenance, Inc. | |
| Primary Color Systems Corporation | |
| PRJL-Corona, LLC | |

| | |
|---|---|
| Scattaglia Enterprises, Inc. dba Bruin Express Trucking | The Hillshire Brands Company |
| Seneca Foods Corporation | The Miller Packing Company |
| Shaft's Cheese Company, LLC | The Perfect Bite Company |
| Shamrock Foods Company | The Procter & Gamble Company |
| Shasta Beverages, Inc. | The Procter & Gamble Company dba Procter & Gamble Respiratory |
| Shivers, Inc. | The Santa Barbara Smokehouse, Inc. |
| SimplexGrinnell LP | The Steritech Group, Inc. |
| Sioux Honey Association, Cooperative | The WhiteWave Foods Company |
| Smithfield Packing | The WhiteWave Foods Company dba Earthbound Farm |
| Smucker Retail Foods, Inc. | TNG GP |
| Source Refrigeration & HVAC, Inc. | Total Sweeteners, Inc. dba Batory Foods |
| Southern California Edison | TreeHouse Private Brands, Inc. dba American Italian Pasta Company |
| Southwest Refrigeration, Inc. | Triangle Distributing Co. |
| Specialty Cellars | Tri-Union Seafoods, LLC dba Chicken of the Sea International |
| Square H Brands, Inc. | Trojan Development Associates III, LLC |
| St. Moritz Bakery dba Mahler's Bakery | Trustmark Voluntary Benefit Solutions, Inc. |
| Starbucks Corporation dba Starbucks Coffee Company | Turtle Mountain, LLC |
| Stephanie D. Lasker | Unified Grocers, Inc. |
| Stockdale Plaza LLC | Unilever United States, Inc. |
| Stone Brewing Co., LLC | Unilever United States, Inc. dba Unilever Ice Cream |
| Stumptown Coffee Corp. dba Stumptown Coffee Roasters | United Service Technologies, Inc. |
| Summerland Foods Inc. | Universal Protection Service, LP |
| Super Store Industries, Inc. | Universal Waste Systems, Inc. |
| Superior Boiler Repairs, Inc. | Urban Produce, LLC |
| Surplus Asset Management, Inc. | USA Nanfang Food Industry, Inc. |
| TALX UCM Services, Inc. Dba TALKX UC Express | Valley Fine Foods Company, Inc. |
| TH Foods, Inc. | Van's International Foods, Inc. |
| The Coca-Cola Company | Ventura Coastal, LLC |
| The Coca-Cola Company dba Coca-Cola North America | Verisae, Inc. |
| The Creative Pack LLC | |
| The Dannon Company, Inc. | |
| The Hain Celestial Group, Inc. | |
| The Hershey Company | |

6

| | |
|---|---|
| Viabella Holdings, LLC dba Marian Heath Greeting Cards | |
| Videojet Technologies Inc. | |
| W. W. Grainger, Inc. | |
| Walgreen Co. | |
| Waste Control Associates, Inc. | |
| Wendy-Veto, LLC | |
| West Coast Casters & Wheels, Inc. | |
| Western Harvesting, LLC | |
| Wheat Valley Bakery | |
| Wholesome Sweeteners, Incorporated | |
| Whyte's Food Corp. | |
| WLP Regency Park Plaza, LLC | |
| Worldwide Beverage Imports, LLC | |
| Wyndeham Kestrel, Ltd. | |
| Viabella Holdings, LLC dba Marian Heath Greeting Cards | |
| Videojet Technologies Inc. | |
| W. W. Grainger, Inc. | |
| Walgreen Co. | |
| Waste Control Associates, Inc. | |
| Wendy-Veto, LLC | |
| West Coast Casters & Wheels, Inc. | |
| Western Harvesting, LLC | |
| Wheat Valley Bakery | |
| Wholesome Sweeteners, Incorporated | |
| Whyte's Food Corp. | |
| WLP Regency Park Plaza, LLC | |
| Worldwide Beverage Imports, LLC | |
| Wyndeham Kestrel, Ltd. | |

2. Potential Turnover of Property

| | |
|---|---|
| AIG and/or certain affiliates | Savvis Inc |
| Argonaut Insurance Company | National Union Fire Insurance Company of Pittsburgh, PA |

3. Tax refunds

Any and all federal and state tax actions and appeals including, but not limited to, appeals pending with Alameda County, California; Contra Costa County, California; Los Angeles County, California; Riverside County, California; San Bernardino County, California; San Francisco County, California; San Luis Obispo County, California; Santa Barbara County, California; and Ventura County, California.

4. Price-fixing (antitrust) litigation

    a. *In re Payment Card Interchange Fee And Merchant Discount Antitrust Litigation*, 1:05-MD-1720, United States District Court for the Eastern District of New York

| | |
|---|---|
| MasterCard International Incorporated and issuing/acquiring banks | Visa U.S.A. Inc. and issuing/acquiring banks |

    b. *American Express Anti-Steering Rules Antitrust Litigation*, arbitration

| | |
|---|---|
| American Express Company | American Express Travel Related Services Company, Inc. |

    c. *In re: Packaged Seafood Products Antitrust Litigation*, 3: 15-MD-2670 JLS (MDD), United States District Court of the Southern District of California

| | |
|---|---|
| Bumble Bee Foods, LLC | StarKist Co. |
| Dongwon Enterprise Co., Ltd. | Tri-Union Seafoods, LLC |
| Del Monte Foods Company | Thai Union Group PCL |

      d.    *In re: Broiler Chicken Antitrust Litigation*, 1:16-cv-08637, United States District Court for the Northern District of Illinois

| | |
|---|---|
| Fieldale Farms Corporation | Peco Foods, Inc. |
| Foster Farms, LLC | Perdue Farms, Inc. and affiliates |
| George's, Inc. and affiliates | Pilgrim's Pride Corporation and affiliates |
| House of Raeford Farms, Inc. | Sanderson Farms, Inc. and affiliates |
| Koch Foods, Inc. and affiliates | Simmons Foods, Inc. |
| Mountaire Farms, Inc. and affiliates | Tyson Foods, Inc. and affiliates |
| O.K. Foods, Inc. and affiliates | Wayne Farms, LLC |

      e.    *In re: Processed Egg Products Antitrust Litigation*, 2: 08-MD-02002, United States District Court for the Eastern District of Pennsylvania

| | |
|---|---|
| Cal-Maine Foods, Inc. | Norco Ranch, LLC |
| Daybreak Foods, Inc. | NuCal Foods, Inc. |
| Hillandale Farms of Pa, Inc. | Ohio Fresh Eggs, LLC |
| Hillandale-Gettysburg, L.P. | R.W. Saunder, Inc. |
| Land O'Lakes, Inc. | Rose Acre Farms, Inc. |
| Michael Foods, Inc. | Sparboe Farms Inc. |
| Midwest Poultry Services, LP | United Egg Producers |
| Moark, LLC | United States Egg Marketers |
| National Food Corporation | Norco Ranch, LLC |

    5.    Class Action Litigation (Los Angeles Department of Water and Power)

      a.    *Jones v. City of Los Angles*, Case No. BC577267