# EXHIBIT D

## Contracts And Leases To Be Assumed

**Schedule of Contracts and Leases be Assumed** [1]

| Scheduled Party Name | Contract Title | Contract Date | Cure Amount |
|---|---|---|---|
| ADP Corporation | Service Agreement between ADP Corporation and Fresh & Easy, LLC | January 1 2016 | $0.0 |
| Alcoholic Beverage Consulting Service | Professional Agreement between Alcoholic Beverage Consulting Service and Fresh & Easy, LLC | December 3, 2015 | $0.0 |
| Andrew Taylor | Consulting Agreement between Andrew Taylor and Fresh & Easy, LLC | January 1, 2016 | $0.0 |
| Anthony Tsai | Consulting Agreement between Anthony Tsai and Fresh & Easy, LLC | April 1, 2016 | $0.0 |
| Barracuda Networks | IT Services Agreement between Barracuda Networks and Fresh & Easy, LLC (Contract #BMA950a-e0) | May 21, 2016 | $0.0 |
| Beverly Mausbach | Consulting Agreement between Beverly Mausbach and Fresh & Easy, LLC | April 1, 2016 | $0.0 |
| CenturyLink | Master Services Agreement between CenturyLink and Fresh & Easy, LLC (Contract #MSA1475815) | April 28, 2016 | $0.0 |
| Cynthia Martinica | Consulting Agreement between Cynthia Martinica and Fresh & Easy, LLC | December 3, 2015 | $0.0 |
| David Lukac | Consulting Agreement between David Lukac and Fresh & Easy, LLC | June 1, 2016 | $0.0 |
| Essex Insurance Company | Vacant Property Insurance Agreement between Essex Insurance Company and Fresh & Easy, LLC (Policy #IMW16436) | April 15, 2016 | $0.0 |
| Grant Thornton LLP | Tax Services Agreement between Grant Thornton LLP and Fresh & Easy LLC | March 3, 2017 | $0.0 |
| Iron Mountain | Storage Agreement between Iron Mountain and Fresh & Easy, LLC (Contract #22KZP/FRESH & EASY LLC) | December 29, 2015 | $0.0 |
| ITS ackciova spolecnost (TIMS) | Service Agreement between ITS ackciova spolecnost (TIMS) and Fresh & Easy, LLC | August 6, 2007 | $0.0 |
| JLT Specialty Insurance Services Inc. | Insurance Broker Agreement between JLT Specialty Insurance Services Inc and Fresh & Easy, LLC | October 4, 2016 | $0.0 |
| Keri Herczeg | Consulting Agreement between Keri Herczeg and Fresh & Easy, LLC | April 1, 2016 | $0.0 |
| Lisa Novajosky | Consulting Agreement between Lisa Novajosky and Fresh & Easy, LLC | April 1, 2016 | $0.0 |
| Microsoft Office 365 | Email Subscription Agreement between Microsoft Office 365 and Fresh & Easy, LLC (Contract #f33bd577-2fb9-4a21-b5b8-d732d580deaa) | March 24, 2015 | $0.0 |
| MindTree Limited | Master Services Agreement between MindTree Limited and Fresh & Easy, LLC | April 1, 2016 | $0.0 |
| Oracle Corporation | Service Agreement between Oracle Corporation and Fresh & Easy, LLC (Amendment 1) | April 1, 2016 | $0.0 |
| Regus | Lease Agreement between Regus and Fresh & Easy, LLC (Contract #R-216676) | April 1, 2016 | $0.0 |
| Sivakumar Depur | Consulting Agreement between Sivakumar Depur and Fresh & Easy, LLC | April 13, 2016 | $0.0 |
| State Compensation Insurance Fund | Workers' Compensation Policy Agreement between State Compensation Insurance Fund and Fresh & Easy, LLC (Policy #9147422-16) | November 26, 2016 | $0.0 |
| Tesco Stores Limited | Letter Agreement between Tesco Stores Limited and Fresh & Easy, LLC | August 1, 2016 | $0.0 |
| Versatax Consulting | Property Tax Consulting Agreement between Versatax Consulting, Inc. and Fresh & Easy, LLC | October 9, 2014 | $0.0 |
| Wassim Fadlallah | Consulting Agreement between Wassim Fadlallah and Fresh & Easy, LLC | April 6, 2016 | $0.0 |

[1] The listing of a contract or lease herein shall not constitute an admission by the Debtor, Liquidating Trust, or Liquidating Trustee that such contract or lease is an executory contract or unexpired lease or that the Debtor, Liquidating Trust, or Liquidating Trustee has any liability thereunder. Notwithstanding, the Debtor intends to assign the agreements entered into postpetition by the estate and listed herein to the Liquidating Trust. In addition, notwithstanding the Executory Contracts listed herein, any contract of insurance in favor of the Debtor or rights of the Estate thereunder or to the proceeds thereto that is not expressly listed herein will be preserved from and after the Effective Date.